Siddharth G. Dubal, Esq. (SD-2409)
Dubal Law Offices, LLC
15 Corporate Place South, Suite 319
Piscataway, NJ 08854
Ph:  (732) 465-0465
Fax: (732) 465-0464
*Attorneys for Plaintiff Chuks LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHUCKS LLC d/b/a REAL BROTHER COLLECTION,<br>An Indiana Company,<br><br>Plaintiff<br><br>v.<br><br>ART ZULU, INC.<br>A New Jersey Corporation;<br><br>Defendant. | Civil Action No.: 09-<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned appears on behalf of Plaintiff Chucks, LLC, in the above captioned proceeding and demands that the Answer and copies of all papers in this matter action be served on the undersigned as attorney at the address set forth below.

Dated: July 22, 2009

Very truly yours,

Siddharth G. Dubal
Attorney for Plaintiff
15 Corporate Place South, Suite 319
Piscataway, NJ 08854
Tel:  (732) 465-0465

1

Fax:     (732) 465-0464
E-mail:  sgdubal@duballaw.com