UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
CHUCKS LLC d/b/a REAL BROTHER COLLECTION,
   An Indiana Company

                          Case No. 09 CIV 3858

              Plaintiff,              **NOTICE OF MOTION**

   -against-

ART ZULU, INC.,
   A New Jersey Corporation

             Defendant.
-----------------------------------------------------------------X

TO:   Dubal Law Offices, LLC
        15 Corporate Plae South, Suite 319
        Piscataway, NJ 08854

PLEASE TAKE NOTICE that upon the annexed Certification of Carlos M. Carvajal, the Certificate of Good Standing annexed thereto, and the Certification of Robert J. Hantman, a motion will be made to this Court before the Honorable Claire C. Cecchi at the United States Courthouse for the District of New Jersey located at 50 Walnut Street, Room 2064, Newark, New Jersey 07102 pursuant to Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey for an Order allowing the admission of movant, an associate of the firm of Hantman & Associates and a member in good standing of the Bar of the State of New York, as attorney *pro hac vice* in the above captioned action

Dated: New York, New York
         December 1, 2009

                                   HANTMAN & ASSOCIATES

                                   _____
                                   Robert J. Hantman (3947)
                                   Attorneys for Plaintiff
                                   1515 Broadway, 11th Floor
                                   New York, NY 10039
                                   (212) 684-3933

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
CHUCKS LLC d/b/a REAL BROTHER COLLECTION,
   An Indiana Company

                         Plaintiff,

-against-

ART ZULU, INC.,
   A New Jersey Corporation

                       Defendant.
-----------------------------------------------------------------X

Case No. 09 CIV 3858

**CERTIFICATION OF ROBERT J. HANTMAN**

      Robert J. Hantman, certifies as follows:

1. I am an attorney admitted to practice before this Court.

2. I am the principal of Hantman & Associates, attorneys for the plaintiff herein.

3. I submit this Certification in support of the application for *pro hac vice* admission of Carlos M. Carvajal to this Court.

4. I have known Mr. Carvajal and he has been associated with my firm for approximately 14 years.

5. To my knowledge Mr. Carvajal has never been subject to disciplinary proceedings in any jurisdiction.

6. The foregoing statements are true to the best of my knowledge, I am aware that any statement made which is willfully false may subject me to punishment.

Dated:   New York, New York
           December 1, 2009

                                                  ROBERT J. HANTMAN

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------x

CHUCKS LLC, d/b/a REAL BROTHER COLLECTION,
          An Indiana Company         Case No. 07 CV 2596(JBS)

          Plaintiff,               **CERTIFICATION OF**
-against-                            **CARLOS M. CARVAJAL**

ART ZULU, INC.
          A New Jersey Corporation

          Defendant.
------------------------------------------------------------------x

Carlos M. Carvajal, certifies as follows:

1. I am an attorney admitted to practice before this United States District Courts for the Southern and Eastern Districts of New York.

2. Annexed hereto as Exhibit A is a Certificate of Good Standing from the Southern District of New York.

3. I submit this Certification in support of my application for *pro hac vice* admission to this Court.

4. I have been associated with the firm of Hantman & Associates for approximately 12 years.

5. I have never been subject to disciplinary proceedings in any jurisdiction.

6. The defendant is a client of mine that I represent as part of my practice in New York City, and has asked that I personally serve as counsel in this matter.

7. The foregoing statements are true to the best of my knowledge, I am aware that any statement made which is willfully false may subject me to punishment.

Dated:   New York, New York
            December 1, 2009

                                               CARLOS M. CARVAJAL

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

__CARLOS MARIO CARVAJAL__, Bar # __CC6396__

was duly admitted to practice in this Court on

__NOVEMBER 28, 1998__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   DECEMBER 4, 2009

J. Michael McMahon     by  _____
Clerk                      Deputy Clerk