UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
CHUCKS LLC d/b/a REAL BROTHER COLLECTION,
    An Indiana Company

                                     Case No. 09 CIV 3858

                    Plaintiff,            **NOTICE OF MOTION**

    -against-

ART ZULU, INC.,
    A New Jersey Corporation


                    Defendant.
-----------------------------------------------------------------X

TO:    Dubal Law Offices, LLC
         15 Corporate Plae South, Suite 319
         Piscataway, NJ 08854

PLEASE TAKE NOTICE that upon the annexed Certification of Lora Flaugh and the exhibits annexed thereto, a motion will be made to this Court before the Honorable Claire C. Cecchi at the United States Courthouse for the District of New Jersey located at 50 Walnut Street, Room 2064, Newark, New Jersey 07102 pursuant to Federal Rule of Civil Procedure 12(b)(6) for an Order dismissing plaintiff's complaint for failure to state a cause of action, along with such other and further relief this Court deems just and proper.

Dated: New York, New York
          December 1, 2009

                                      HANTMAN & ASSOCIATES

                                      _____
                                      Robert J. Hantman (3947)
                                      Attorneys for Defendant
                                      1515 Broadway, 11th Floor
                                      New York, NY 10039
                                      (212) 684-3933

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------x'
CHUCKS LLC, d/b/a REAL BROTHER COLLECTION,
    An Indiana Company        Case No. 09 CV 3858 (CCC)

      Plaintiff,           **CERTIFICATION OF**
-against-                  **LORA FLAUGH**

ART ZULU, INC.
    A New Jersey Corporation

    Defendant.
------------------------------------------------------------x

  Lora Flaugh, certifies as follows:

1. I am the President of the defendant Art Zulu, and as such I am personally familiar with the facts stated herein.

2. I submit this Certification in support of the motion pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss plaintiff's complaint for failure to state a claim for which relief may be granted.

3. Annexed hereto as Exhibit A, is the printout from Art Zulu's website which sets forth that the agency does design, branding, and marketing. Notably it does not manufacture, produce or supply clothing as alleged in plaintiff's complaint.

4. Annexed hereto as Exhibit B is the invoice submitted by Art Zulu for the design work it provided to plaintiff. The invoice was accepted and paid by plaintiff without objection. Notably there is no indication of Art Zulu being responsible for any manufacture, production or supplying of clothing.

5. Therefore, as set forth in the accompanying memorandum of law, plaintiff's complaint should be dismissed in its entirety.

6. The foregoing statements are true to the best of my knowledge, I am aware that any

statement made which is willfully false may subject me to punishment.

Dated:   New York, New York
         December 1, 2009

*[signature]*
LORA FLAUGH



WORK**COMPANY**NEWS**CONTACT**

Art Zulu is a full service design, branding and marketing agency.

We specialize in helping brands reach their target market through innovative designs and new media marketing.

We have experience in both boutique and national brand building in both fashion collections and consumer goods.

We approach every project with the right balance of artistry and business.









WORKCOMPANYNEWS**CONTACT**

**ART ZULU**

Art Zulu is a full service design, branding, and marketing agency. We specialize in helping brands reach their target market through innovative designs and new media marketing. We have experience in both boutique and national brand building in both fashion collections and consumer goods. We approach every project with the right balance of artistry and business.

**LORA FLAUGH**
Managing Director and Creative Director

Lora Flaugh is a designer, strategist, and producer of brands for both consumer goods and fashion collections. She has extensive experience concepting, developing, and launching brands to multiple market sectors.

Leading Art Zulu, which she launched in 1999, means shaping the agency's overarching vision as well as guiding teams of creatives including fashion designers, copywriters and interactive and graphic designers, working across disciplines to position as the agency produces designs. Her focus is on reshaping and producing new brands that can become in-store



# ART ZULU INC.

1333 Broadway
Suite #301
New York, NY 10018
212-868-0377/Fax 212-868-0386

**Invoice**

| DATE | INVOICE # |
|---|---|
| 11/11/2005 | 73186 |

**BILL TO**

Chuks Corp
d/b/a Real Brother Collection
Benstone ND Chukwuocha
P.O. Box 502488
Indianapolis, IN 46250

| TERMS | DUE DATE |
|---|---|
| As Below | 11/11/2005 |

| DESCRIPTION | AMOUNT |
|---|---|
| Design Project for Real Brother Collection - 18-22 items as follows: | 27,000.00 |
| 10 T-shirts | |
| 2 Hats/ 2 Visors | |
| 2 Athletic Jacket and Pant Sets | |
| 3 Jeans | |
| 3 Sweatshirts | |
| Included in the Design Project are: | |
| 1. Fashion Design sketch of each style | |
| 2. Selection of Fabric and denim washes | |
| 3. Original Graphic Art for each style as needed | |
| 4. Original Graphic Art/Layout with Pantone colors | |
| Also included for Project: | |
| Web Site construction ($5,000.00) | |
| Press Kit Layout | |
| | |
| Payment Terms: | |
| $12,500 Due by Nov 30, 2005 - at start of project (includes $2500 for Website) | |
| $7,500 - due on or before Dec 9, 2005 (interim design payment) | |
| $5,000 - due by Dec 14, 2005 on approval of design concepts (includes website) | |
| $2,000.00 due on or before Dec 21, 2005 on presentation of final project and tech packs | |
| Wire funds to: JP Morgan/Chase Manhattan Bank - ABA: 021000021 / Acct: 020503662865/ Art Zulu, Inc. | |

All Artwork, Creative Work, and Intellectual Concepts remain the property of Art Zulu until this invoice is paid in full. Client is not permitted to use any work involved in the project prior to payment of this invoice in full.

| | |
|---|---|
| Total | $27,000.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $27,000.00 |

Siddharth G. Dubal, Esq. (SD-2409)
Dubal Law Offices, LLC
15 Corporate Place South, Suite 319
Piscataway, NJ 08854
Ph:   (732) 465-0465
Fax:  (732) 465-0464
*Attorneys for Plaintiff Chuks LLC*

U.S. DISTRICT COURT

2009 AUG -4  P 12: 27

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHUCKS LLC d/b/a REAL BROTHER COLLECTION,<br>An Indiana Company,<br><br>Plaintiff<br><br>v.<br><br>ART ZULU, INC.<br>A New Jersey Corporation;<br><br>Defendant. | Civil Action No.: 09-<br><br>COMPLAINT AND<br>DEMAND FOR JURY TRIAL |

Comes now Plaintiff, Chuks LLC d/b/a Real Brother Collection ("Plaintiff"), by counsel, Siddharth G. Dubal, and for its Complaint for Damages against Defendant, Art Zulu, Inc. ("Defendant"), states as follows:

## I. NATURE OF ACTION

1. This is a civil action for damages against the Defendant in violation of the common law of New York.

## II. PARTIES

1. Plaintiff is a for-profit corporation incorporated in the State of Indiana. Plaintiff maintains its offices at 7045 American Way, Suite C, Indianapolis, Indiana.

1

2. Defendant is a for-profit foreign business corporation incorporated in the State of New Jersey.

## II. JURISDICTION AND VENUE

3. The Court has jurisdiction over this cause of action because diversity of the parties exists pursuant to 28 U.S.C. 1332. The amount in controversy, exclusive of fees and costs, exceeds the jurisdictional amount of $75,000.

4. Venue is proper pursuant to 28 U.S.C. § 1391 in that Defendant is incorporated in the State of New Jersey.

## III. FACTUAL ALLEGATIONS

5. Plaintiff is in the business of distributing a unique clothing line to retailers both domestically and internationally.

6. Defendant is in the business of manufacturing and supplying clothing lines as well as marketing schemes to distributors.

7. On or about November 11, 2005, Plaintiff entered into an agreement with Defendant in which Defendant agreed to manufacture, produce, and supply Plaintiff with a unique clothing line. In addition, Defendant agreed to provide Plaintiff with a particular marketing scheme which included the design of a website.

8. Plaintiff paid Defendant the sum of $27,000 in consideration for Defendant's performance pursuant to the agreement.

9. Defendant breached the contract in that it supplied Plaintiff with clothing that was defective and contrary to the specifications agreed upon between the parties.

FROM : xxxxxxxx        FAX NO. : ++++++++0000000        Jun. 30 2018 08:52AM  P3

10.     Plaintiff allowed Defendant an opportunity to cure the defect and fulfill Defendant's obligations under the agreement. To date, however, Defendant has failed to cure the defect and refused to do so.

## VI. CAUSES OF ACTION

### Count 1 – *Breach of Contract*

11.     Plaintiff hereby incorporates the foregoing paragraphs one (1) through ten (10) of its Complaint as if fully set forth herein.

12.     Defendant breached the agreement entered into by the parties.

13.     Plaintiff has suffered, and will continue to suffer, damages as a result of Defendant's breach.

### Count 2 – *Tortious Interference*

14.     Plaintiff hereby incorporates the foregoing paragraphs one (1) through thirteen (13) of its Complaint as if fully set forth herein.

15.     By virtue of its conduct, Defendant has intentionally and improperly interfered with contracts between Plaintiff and many of its customers. Defendant has intentionally and improperly interfered with the advantageous business and economic relations between Plaintiff and its customers, both existing and prospective.

16.     Plaintiff has suffered, and will continue to suffer, damages as a direct and proximate result of Defendant's conduct.

### Count 3 – *Punitive Damages*

17.     Plaintiff hereby incorporates the foregoing paragraphs one (1) through sixteen (16) of its Complaint as if fully set forth herein.

3

18. Defendant acted intentionally, wantonly, recklessly, and with a total disregard for Plaintiff's rights.

19. As a direct and proximate result of Defendant's conduct, Plaintiff is entitled to recover punitive damages.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays that the Court find in her favor and order the following relief:

A. Order Defendant to pay Plaintiff compensatory damages;

B. Order Defendant to pay Plaintiff consequential damages;

C. Order Defendant to pay Plaintiff punitive damages;

D. Order Defendant to pay Plaintiff treble damages;

E. Order Defendant to pay Plaintiff its attorneys' fees, litigation expenses, and costs incurred as a result of bringing this action;

F. Order Defendant to pay Plaintiff pre- and post-judgment interest; and

G. Order all other monetary and/or equitable relief that the Court deems just and proper in the premises.

### DEMAND FOR JURY TRIAL

Plaintiff, Chuks LLC d/b/a Real Brother Collection, by counsel, respectfully requests a jury trial for all issues deemed so triable.

DUBAL LAW OFFICES, LLC
Attorneys for Plaintiff
Chuks, LLC

By: _____
Siddharth G. Dubal

4

Dated: July 22, 2009

### CERTIFICATION PURSUANT TO L. CIV. R. 11.2

I certify that, to the best of my knowledge, this matter is not the subject of any other action pending in any court or of any action pending in any court or any pending arbitration or administrative proceeding.

                                  DUBAL LAW OFFICES, LLC
                                  Attorneys for Plaintiff
                                  Chuks, LLC

                                  By: _____
                                       Siddharth G. Dubal

Dated: July 22, 2009

                                                                              U.S. DISTRICT COURT
                                                                              2009 AUG -4 P 12:27

5